

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

Victor Suthammanont
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-5674
SuthammanontV@sec.gov

February 5, 2018

Via ECF

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   SEC v. Block, et al., No. 16 Civ. 7003 (LGS)

Dear Judge Schofield:

    We represent the Plaintiff, Securities and Exchange Commission, and submit this letter jointly on behalf of Plaintiff and Defendant Brian S. Block. On December 7, 2017, we informed the Court that the SEC staff and Defendant Block had reached an agreement in principle to resolve the Commission's action against Mr. Block in a final judgment on consent. The Court issued a December 8, 2017 Order (DE 88) in which it vacated its prior scheduling orders, required the parties to submit a joint status letter on or before February 6, 2018, and to inform the Court of the Commission's action on the settlement.

    The proposed settlement has been submitted to the full Commission for its consideration, and we anticipate being able to update the Court as to the status of the settlement in principle by February 15, 2018.

Respectfully submitted,

*/s/ Victor Suthammanont*

Victor Suthammanont

cc (via email): Michael C. Miller, Esq. (Counsel for Defendant Brian S. Block)
               Adam L. Fotiades, Esq. (Counsel for Defendant Lisa McAlister)